JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LINDA HATCHER,

Plaintiff,

vs.

MERCEDES-BENZ USA, LLC, a
Delaware Limited Liability
Company; EUROPA AUTO
IMPORTS, INC., a California Stock
Corporation DBA Mercedes-Benz
of San Diego and DOES 1 through
10, inclusive,

Defendants

) Case No.: 2:25-cv-02164-PA-RAO
)
) ORDER ON STIPULATION TO
) REMAND CASE TO STATE
) COURT
)
) Judge: Hon. Percy Anderson
)
)
)
)
)
)
)
)
)

Per the stipulation of the Parties, the case is ordered remanded to the

Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED:  March 20, 2025

_____
Percy Anderson
United States District Judge

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**